IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER ROTH,

    Plaintiff,

vs.                                         Civ. No. 97-1545 WWD/LFG

BERNALILLO COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion in Limine to Exclude Testimony of Sharon Walton for Lack of Personal Knowledge [docket no. 74] filed by Defendant Bernalillo County Sheriff Department on October 23, 1998. I find that the motion is not well taken.

**WHEREFORE,**

**IT IS ORDERED** that Defendant Bernalillo County Sheriff's Department Motion in Limine to Exclude Testimony of Sharon Walton for Lack of Personal Knowledge be, and it hereby is, DENIED.

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE