IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER ROTH,

    Plaintiff,

vs.                               Civ. No. 97-1545 WWD/LFG

BERNALILLO COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion in Limine to Exclude any Expert Testimony From Plaintiff's Witness Tom Kailey [docket no. 76] filed October 23, 1998. In her response, Plaintiff indicates that she does not propose to elicit any expert testimony from Mr. Kailey. Plaintiff intends only to elicit factual testimony from Mr. Kailey.

**WHEREFORE,**

**IT IS ORDERED** that Defendants' Motion in Limine to Exclude any Expert Testimony from Plaintiff's Witness Tom Kailey be, and it hereby is, GRANTED; provided, however, that Mr. Kailey may testify as a fact witness.

_____
UNITED STATES MAGISTRATE JUDGE