# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JENNIFER ROTH,

    Plaintiff,

vs.                                                  Civil No. 97-1545 WWD/LFG

BERNALILLO COUNTY SHERIFF'S
DEPARTMENT, Sheriff JOE BOWDICH,
and Undersheriff KENNETH MCWETHY,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court sua sponte. The Memorandum Opinion and Order filed in the above-captioned case on October 13, 1998 **[72]** is hereby VACATED. It is superseded by a Memorandum, Opinion and Order which will be entered shortly.

**IT IS SO ORDERED**.

                                                            UNITED STATES MAGISTRATE JUDGE